**SAO**
Todd M. Touton, Esq.
Nevada Bar No. 1744
ttouton@lionelsawyer.com
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
khejmanowski@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for The Whiting-Turner Contracting Company;
Fidelity and Deposit Company of Maryland; Zurich
American Insurance Company; and Travelers Casualty
and Surety Company of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MMC CONTRACTORS WEST, INC. formerly known as Pahor Mechanical Contractors, Inc., a Nevada corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>THE WHITING-TURNER CONTRACTING COMPANY, a Maryland Corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through XX; ROE CORPORATIONS I through XX, and BOE BONDING COMPANIES inclusive,<br><br>               Defendants. | Case No.   2:12-cv-02131-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISSAL PLAINTIFF'S CLAIMS WITH PREJUDICE AND RELEASE OF $149,260 CASH DEPOSIT** |

IT IS STIPULATED between the parties that Plaintiff's claims against Defendants are dismissed with prejudice. Each party will bear their own attorneys' fees and costs. The parties request that the $149,260 deposited with the Court, on May 29, 2013 be released and made payable to: MMC Contractors West, Inc., 5080 Cameron, Las Vegas, Nevada 89118 and

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
300 SOUTH FOURTH ST.
SUITE 1700
LAS VEGAS, NEVADA 89101
(702) 383-8888

delivered to Daniel Coppinger, President. *See* Whiting-Turner Contracting Company's Notice of Cash Deposit (Dkt. 35) attached here as Exhibit A.

LIONEL SAWYER & COLLINS

By: _____Kevin Hejmanowski_____
Todd M. Touton, Bar No. 1744
ttouton@lionelsawyer.com
Kevin Hejmanowski, Bar No. 10612
khejmanowski@lionelsawyer.com
300 South Fourth Street
Suite 1700
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

*Attorneys for Defendants*
*Attorneys for The Whiting-Turner*
*Contracting Company;*
*Fidelity and Deposit Company of*
*Maryland; Zurich*
*American Insurance Company; and*
*Travelers Casualty*
*and Surety Company of America*

By: _____Harold W. Mitts_____
Harold W. Mitts, Jr.
Nevada Bar No. 8753
General Counsel
MMC Contractors West, Inc.
formerly known as Pahor Mechanical
Contractors, Inc.
5080 South Cameron
Las Vegas, Nevada 89118

*Attorney for Plaintiff*
*MMC CONTRACTORS WEST, INC.*
*formerly known as Pahor Mechanical*
*Contractors, Inc., a Nevada corporation,*

IT IS **SO ORDERED** on this 26 day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
300 SOUTH FOURTH ST.
SUITE 1700
LAS VEGAS, NEVADA 89101
(702) 383-8888

2

**EXHIBIT #A**

Todd M. Touton, Esq.
Nevada Bar No. 1744
ttouton@lionelsawyer.com
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
khejmanowski@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for The Whiting-Turner Contracting Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MMC CONTRACTORS WEST, INC. formerly known as Pahor Mechanical Contractors, Inc., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THE WHITING-TURNER CONTRACTING COMPANY, a Maryland Corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through XX; ROE CORPORATIONS I through XX, and BOE BONDING COMPANIES inclusive, <br><br> Defendants. | Case No.   2:12-cv-02131-APG-NJK <br><br> **THE WHITING-TURNER CONTRACTING COMPANY'S NOTICE OF CASH DEPOSIT PURSUANT TO MARCH 15, 2013, COURT ORDER** |

Notice is hereby given that The Whiting-Turner Contracting Company has tendered a $149,260 cash deposit to the Court pursuant to its March 15, 2013, Order. A true and correct

////

////

////

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1 of 5

1 | copy of the deposit receipt is attached here as Exhibit A.

LIONEL SAWYER & COLLINS

By: /s/ Kevin Hejmanowski
Todd M. Touton
Nevada Bar No. 1744
Kevin Hejmanowski
Nevada Bar No. 10612
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for The Whiting-Turner Contracting Company*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of LIONEL SAWYER & COLLINS and that on April 3rd 2013, I caused documents entitled **THE WHITING-TURNER CONTRACTING COMPANY'S NOTICE OF CASH DEPOSIT PURSUANT TO MARCH 15, 2013, COURT ORDER** be served by depositing same for mailing in the United States Mail, in a sealed envelope addressed to:

Harold W. Mitts
General Counsel
MMC Contractors West, Inc. f/k/a
Pahor Mechanical Contractors, Inc.
5080 South Cameron
Las Vegas, Nevada 89118

Harold W. Mitts
General Counsel
c/o MMC Corp
10955 Lowell, Suite 350
Overland Park, Kansas 66210

An employee of Lionel Sawyer & Collins

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3 of 5

# EXHIBIT A

Case 2:12-cv-02131-APG-NJK   Document 35   Filed 04/03/13   Page 5 of 5



```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS018008
Cashier ID: acaytuer
Transaction Date: 03/29/2013
Payer Name: The Whiting-Turner Contracti
ng
----------------------------------------
COMM REG MONEY MARKET
 For: The Whiting-Turner Contracting
 Case/Party: D-NVX-2-12-CV-002131-001
 Amount:     $149,260.00
----------------------------------------
CHECK/MONEY ORDER
 Remitter: The Whiting-Turner Contractin
g
 Check/Money Order Num: 7458
 Amt Tendered: $149,260.00
----------------------------------------
Total Due:      $149,260.00
Total Tendered: $149,260.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```